IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN M. KUSIAK : | CIVIL ACTION |
| v. : | |
| : | No. 02-5293 |
| WAL-MART STORES, INC., et al : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 16, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
PATRICIA A. JONES
Deputy Clerk
Phone: 267-299-7072

Date: August 28, 2002

Copies:   Arlene Quinn, Courtroom Deputy to Judge Kelly
Docket Clerk - Case File

   Counsel:   Alan M. Herman, Esq.
Roberto K. Paglione, Esq.

ARB2.FRM