IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ALAN M. KUSIAK | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-5293 |
| WAL-MART STORES, INC., et al | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on February 18, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                     Michael E. Kunz
                                                     Clerk of Court

*Continued from 1/16/03 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date:January 15, 2003

Copies:    Sharon Hall, Courtroom Deputy to Judge Kelly
              Docket Clerk - Case File

        Counsel:    Alan M. Herman, Esq.
                          Roberto K. Paglione, Esq.

ARB2.FRM