IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALAN M. KUSIAK           :        CIVIL ACTION
                         :
    v.                   :
                         :        No. 02-5293
                         :
WAL-MART STORES, INC., et al
                         :

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 14, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                           Michael E. Kunz
                                           Clerk of Court

*Continued from 2/18/03 - (Second Request)
NO FURTHER CONTINUANCES
WITHOUT COURT APPROVAL.              By:_____
                                           PATRICIA A. JONES
                                           Deputy Clerk
                                           Phone:267-299-7072

Date: February 11, 2003

Copies:     Sharon Hall, Courtroom Deputy to Judge Kelly
            Docket Clerk - Case File

      Counsel:     Alan M. Herman, Esq.
                   Roberto K. Paglione, Esq.

ARB2.FRM