IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONA KUSIAK | : | CIVIL ACTION |
| v. | : | |
| WAL-MART STORES, INC. and WAL-MART STORES EAST, INC. | : | NO. 02-CV-5293 |

**O R D E R**

Before the Court is Plaintiff's Uncontested Motion for Continuance of the Arbitration Hearing presently scheduled for May 14, 2003. Apparently, plaintiff's counsel is on trial in Bucks County. It is ORDERED that:

1. The Motion for Continuance is GRANTED.

2. Plaintiff's counsel shall confer with the Arbitration Clerk after conferring with his opponent to pick out a date for the arbitration to be held which is acceptable to all parties.

BY THE COURT:

JAMES McGIRR KELLY, J.

DATED:   May 12, 2003