IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONA KUSIAK : | CIVIL ACTION |
| v. : | |
| : | No. 02-5293 |
| WAL-MART STORES, INC., et al : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on July 17, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from 5/14/03 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone: 267-299-7072

Date: June 5, 2003

Copies:    Sharon Hall, Courtroom Deputy to Judge McGirr Kelly
Docket Clerk - Case File

   Counsel:    Alan M. Herman, Esq.
   Roberto K. Paglione, Esq.

ARB2.FRM