IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONA KUSIAK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. and | : | |
| WAL-MART STORES EAST, INC. | : | NO. 02-CV-5293 |

### **O R D E R**

AND NOW, this 16th day of July, 2003, in consideration of the Plaintiff's Uncontested Motion for Continuance of the Arbitration in the above captioned matter, which is listed for July 17, 2003, it is ORDERED that:

1. The Motion for Continuance is GRANTED.

2. Plaintiff's counsel shall consult with defendant's counsel and with the clerk in charge of arbitration to reschedule this matter for a date that is convenient to all parties and the Board of Arbitrators by October 16, 2003 or a date thereafter.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.