IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONA KUSIAK | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-5293 |
| WAL-MART STORES, INC., et al | : | |
| | : | |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on October 16, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from 7/17/03 - NO FURTHER CONTINUANCES WITHOUT COURT APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: July 23, 2003

Copies:    Sharon Hall, Courtroom Deputy to Judge McGirr Kelly
Docket Clerk - Case File

Counsel:    Alan M. Herman, Esq.
Roberto K. Paglione, Esq.

ARB2.FRM