```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEONA KUSIAK                    :    CIVIL ACTION
                                :
     v.                         :
                                :
WAL-MART STORES, INC. and       :
WAL-MART STORES EAST, INC.      :    NO. 02-cv-5293
```

**O R D E R**

AND NOW, this 14th day of October, 2003, in consideration of the Joint Motion for Continuance of the Arbitration scheduled for October 16, 2003, it is ORDERED that the aforesaid motion is GRANTED. The parties are to contact the Arbitration Clerk to schedule a date for the arbitration sometime after January 14, 2003, at a time and date that is convenient to all of the parties and the Board of Arbitrators.

                              BY THE COURT:


                              _____
                              JAMES McGIRR KELLY, J.