IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN M. KUSIAK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-5293 |
| WAL-MART STORES, INC., et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 29, 2004\*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                               Michael E. Kunz
                                               Clerk of Court

\*Continued from 10/16/03 (Second Request)
NO FURTHER EXTENSIONS WITHOUT
COURT APPROVAL.                                          By:_____
                                               PATRICIA A. JONES
                                             Deputy Clerk
                                             Phone:267-299-7072

Date:<u>October 21, 2003</u>

Copies:    Sharon Hall, Courtroom Deputy to Judge McGirr Kelly
              Docket Clerk - Case File

        Counsel:    Alan M. Herman, Esq.
                        Roberto K. Paglione, Esq.

ARB2.FRM