IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN M. KUSIAK, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 02-5293 |
| | : | |
| WAL-MART STORES, INC., et al. | : | |
| | : | |
| Defendants | : | |

## O R D E R

AND NOW, TO WIT this 30th day of December, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

| | |
|---|---|
| SHARON A. HALL | HONORABLE JAMES MCGIRR KELLY |
| Deputy Clerk | Judge, United States District Court |

cc: Copies mailed to counsel by chambers